UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLON DYKSTRA,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE SHIELD CO. MANAGEMENT, LLC, and DOES 1-20,<br><br>                    Defendants. | CASE NO. C24-492 MJP<br><br>ORDER STAYING INITIAL CASE DEADLINES |

The Court issues this Order in light of the Status Report filed by Defendant (Dkt. No. 12), and Plaintiff's Status Report filed in a related case, Dykstra v. The Shield Co. Management, LLC, C23-1908 MJP, Dkt. No. 22 (Dykstra I). In Dykstra I, the Court has stayed the initial deadlines in order to allow for early mediation. Dykstra I, Order Granting Stay (Dkt. No. 15). In its Status Report filed in this action, Defendant The Shield Co. Management, LLC indicates that the Parties are engaged in efforts to mediate and that they are "considering several mediators and available dates in the months of July and August, 2024." (Dkt. No. 12 at 2.) Defendant has suggested the Court may wish to stay any deadlines in this action until "early September 2024."

1 | (Id.) Plaintiff has filed a status report in Dykstra I that indicates he "consents to the requested
2 | stay" in this action. (Dykstra I, Dkt. No. 22.)
3 |   The Court finds good cause to stay this matter pending mediation. The Court hereby
4 | STAYS the initial deadlines until September 6, 2024. No further extensions shall be granted.
5 | And by no later than September 6, 2024, the Parties must file a joint status report updating the
6 | Court on their efforts to mediate and resolve this matter. If the Parties have not resolved the
7 | matter by September 6, 2024, then the following deadlines shall apply:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 9/13/2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 9/20/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 9/27/2024 |

The clerk is ordered to provide copies of this order to all counsel.

Additionally, the Parties shall meet and confer and include in their Rule 26(f) report their positions as to whether this case should be consolidated with Dykstra I.

Dated June 18, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER STAYING INITIAL CASE DEADLINES - 2