UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLON DYKSTRA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SHIELD CO. MANAGEMENT, LLC, and DOES 1-20,<br><br>    Defendants. | CASE NO. C24-492 MJP<br><br>ORDER |

Having reviewed the Parties' Joint Status Report (Dkt. No. 15), the Court hereby EXTENDS the stay in this matter pending a decision in <u>David, et al. v. Freedom Vans, LLC</u>, No 102566-1 (Wash. March 6, 2024). The Parties must notify the Court within 5 days of the decision in <u>Freedom Vans</u>. Additionally, every 90 days (starting from the date of this Order), the Parties must file a joint status report to update the Court on the appeal in <u>Freedom Vans</u> and any developments in the above-captioned matter.

\\

ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated September 10, 2024.

*Marsha J. Pechman*
Marsha J. Pechman
United States Senior District Judge

ORDER - 2