UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DYLON DYKSTRA,<br><br>     Plaintiff,<br><br> v.<br><br>THE SHIELD CO. MANAGEMENT, LLC, and DOES 1-20,<br><br>     Defendants. | CASE NO. C24-492 MJP<br><br>ORDER LIFTING STAY AND SETTING INITIAL DEADLINES |

The Court issues this Order after reviewing the Parties' Joint Status Report. (Dkt. No. 17.) The Court stayed this matter pending a decision in <u>David, et al. v. Freedom Vans, LLC</u>, No. 102566-1 (Wash. March 6, 2024). In their Joint Status Report, the Parties indicate that the Washington State Supreme Court has issued a decision in <u>David</u>, and that the case pending before this Court should now proceed. The Court hereby LIFTS the STAY in this matter. The Court also sets the following deadlines:

  Deadline for FRCP 26(f) Conference:          3/17/2025

| | | |
|---|---|---|
| Initial Disclosures Pursuant to FRCP 26(a)(1): | | 3/24/2025 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | | 3/31/2025 |

All other requirements set by the Court in its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 13) shall apply to these initial deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 24, 2025.

*[signature]*

Marsha J. Pechman
United States Senior District Judge