1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| DYLON DYKSTRA, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>THE SHIELD CO MANAGEMENT, LLC DBA ECOSHIELD MANAGEMENT CO, LLC, an Arizona limited liability corporation; and DOES 1-20,<br><br>   Defendants. | Case No. 2:24-cv-00492-MJP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

This matter came before the Court on Defendant The Shield Co Management LLC's ("Defendant") Motion for Withdrawal and Substitution of Counsel. This Court, having reviewed the pleadings and documents on file, being fully apprised of the premise and legal authority relating to this issue, and having considered Defendant's Motion for Withdrawal and Substitution of Counsel;

IT IS SO ORDERED that:

  1.  Defendant's Motion for Withdrawal and Substitution of Counsel is hereby GRANTED;

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 1
Case No. 2:24-cv-00492-MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

2.  Matthew J. Macario and Sieu Che of the law firm Fisher & Phillips LLP are withdrawn as counsel of record for Defendant The Shield Co Management LLC;

3.  Sherry L. Talton and Adam T. Pankratz of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. are substituted as counsel of record for Defendant The Shield Co Management LLC.

4.  The appearance of Sherry L. Talton and Adam T. Pankratz is hereby entered on behalf of Defendant The Shield Co Management LLC.

DATED this 10th day of June, 2025.

HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION FOR
WITHDRAWAL AND SUBSTITUTION OF
COUNSEL - 2
Case No. 2:24-cv-00492-MJP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1

2    Presented By:

3    OGLETREE, DEAKINS, NASH, SMOAK
     & STEWART, P.C.

4    By: /s/ Sherry L. Talton
5    By: /s/ Adam T. Pankratz
     By: /s/ Lauren Titchbourne
6        Sherry L. Talton, WSBA No. 42780
         Adam T. Pankratz, WSBA No. 50951
7        Lauren Titchbourne, WSBA No. 54565
         1201 Third Avenue, Suite 5150
8        Seattle, WA  98101
         Telephone:   (206) 876-5302
9        Facsimile:   (206) 693-7058
         Email:  sherry.talton@ogletree.com
10               adam.pankratz@ogletree.com
                 lauren.titchbourne@ogletree.com
11

12   Substituting Counsel

13   FISHER & PHILLIPS LLP

14   By: /s/ Matthew J. Macario
15       Matthew J. Macario, WSBA #26522
         Sieu Che, WSBA #40422
16       1700 7th Ave., Suite 2200
         Seattle, WA 98101
17       Phone: (206) 682-2308
         Fax: (206) 682-7908
18       Email: mmacario@fisherphillips.com
                sche@fisherphillips.com
19

20   Withdrawing Counsel

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
DEFENDANT'S MOTION FOR                         1201 Third Avenue, Suite 5150 | Seattle, WA 98101
WITHDRAWAL AND SUBSTITUTION OF                      Phone: 206-693-7057 | Fax: 206-693-7058
COUNSEL - 3
Case No. 2:24-cv-00492-MJP